ERICA P. JOHN FUND, INCORPORATED, formerly known as Archidiocese of Milwaukee Supporting Funds, Inc., On Behalf of Itself and All Others Similarly Situated, Plaintiff–Appellee,

v.

HALLIBURTON COMPANY, Defendant–Appellant.

Lori A. Russo, On Behalf of Herself and All Others Similarly Situated, Plaintiff

v.

Halliburton Company; David J. Lesar, Defendants–Appellants,

Ernest Hack, On Behalf of Himself and All Others Similarly Situated, Plaintiff

Halliburton Company; David J. Lesar, Defendants–Appellants,

---

Polar Investment Club, On Behalf of Itself and All Others Similarly Situated, Plaintiff

v.

Halliburton Company; David J. Lesar, Defendants–Appellants.

No. 12–10544.

United States Court of Appeals, Fifth Circuit.

Aug. 28, 2014.

David Boies (argued), Boies, Schiller & Flexner, L.L.P., Armonk, N.Y., William B. Federman, Federman & Sherwood, Oklahoma City, OK, Justin Daniel Fitzdam, Carl Edward Goldfarb, Esq., Boies, Schiller & Flexner, L.L.P., Fort Lauderdale, FL, Kim Elaine Miller, Kahn Swick & Foti, L.L.C., New York, N.Y., David Randell Scott, Scott & Scott, Colchester, CT, Arthur Lewis Shingler, III, Law & Mediation, P.C., San Diego, CA, Marc R. Stanley, Esq., Stanley Iola, L.L.P., Robert M. Thornton, Kilgore & Kilgore, P.L.L.C., Emery Lawrence Vincent, Dallas, TX, for Plaintiff–Appellee.

Robert Lawrence Voyles, John Benjamin Lawrence, Thomas Edward O'Brien, Jessica Bateman Pulliam, Baker Botts, L.L.P., Jose Luis Gonzalez, Godwin Lewis, P.C., Dallas, TX, Scott Daniel Powers, Baker Botts, L.L.P., Austin, TX, Michael J. Quinn, K & L Gates, L.L.P., Los Angeles, CA, David Dykeman Sterling (argued), Esq., Trial Attorney, Aaron Michael Streett, Baker Botts, L.L.P., Robert Alan York, Godwin Lewis, P.C., Houston, TX, for Defendant–Appellant.

Before DAVIS, GRAVES and HIGGINSON, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM:

This case returns to us on remand from the Supreme Court, No. 13–317, *Halliburton Co., et al. v. Erica P. John Fund, Inc., fka Archdiocese of Milwaukee Supporting Fund, Inc.* following the Court's grant of a *Writ of Certiorari* to consider our affirmance of the district court's judgment. The Supreme Court reversed our judgment and remanded this case to us for further proceedings consistent with the opinion of the Court. Accordingly, we VACATE the district court judgment. We REMAND this case to the District Court for the Northern District of Texas for further proceedings consistent with the Supreme Court's opinion.